IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR00463-011 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CORNELIUS D. HUTCHINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on June 27, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Gordon Friedman. The original violation report was referred to Magistrate Judge Limbert who issued a Report and Recommendation on June 11, 2013.  No objections were filed by either plaintiff or defendant.

The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

    1) unlawful conducted associated with arrest on

    December 7, 2012, on charge of Menacing by Stalking.

The Court, after entertaining statements from counsel for the parties and the defendant and considering all Section 3553(a) factors, imposed a sentence of 8 months with credit for time served.  Upon release from incarceration defendant shall complete the remainder of the term of

supervised release originally imposed under the same conditions.

    The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: June 28, 2013                                      *s/   James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE